982

(September 23, 1955.)

■

EVELYN LANSDALE, Respondent, v. ROBERT T. LANSDALE, Appellant.—

Foster, P. J., Bergan, Halpern and Zeller, JJ., concur.

FOURTH DEPARTMENT, SEPTEMBER, 1955.

(September 14, 1955.)

■

MANDEL G. SHULMAN, as Administrator of the Estate of MORRIS SHULMAN, Deceased, Respondent, v. FIRST BANK & TRUST COMPANY OF UTICA et al., Appellants.— Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See ante, p. 23.]

■

TILLIE PERRY, Respondent, v. CHESTER DESMOND et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■

CHARLES MEISLIN, Respondent, v. STATE OF NEW YORK, Appellant. EDYTHE MEISLIN, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOCKING and ROBERT BURD, Appellants.— Appeal dismissed, without costs, upon stipulation.

■

FRANK J. BASLOE, Appellant, v. JAMES A. BRENNAN et al., Individually and Doing Business as BRENNAN & HAPPICH, Respondents.— Appeal dismissed, without costs, upon stipulation.

■

JOSEPHINE CRAWFORD, Appellant, v. VICTORY MUTUAL LIFE INSURANCE COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation.

■

BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS, Plaintiff, v. ALFRED CANDELLA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■

BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS, Plaintiff, v. CHARLES CANDELLA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.